Case Name:  LOTEMPIO, RAYMOND P.
　　　　　　HULL, JULENE M.
　　　　　　DBA PRESSED TO GO
　　　　　　FDBA KIRCHER'S
　　　　　　FDBA LOTEMPIO & HULL, INC.
Case No:    06-70632

## CERTIFICATION OF REVIEW

　　　The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: 10/24/06　　　　　　　　　　　WILLIAM T. NEARY
　　　　　　　　　　　　　　　　　　　United States Trustee, Region 11



　　　　　　　　　　　　　BY:　 */s/ Sheree G. Dandurand*
　　　　　　　　　　　　　　　　SHEREE G. DANDURAND
　　　　　　　　　　　　　　　　Assistant U.S. Trustee