IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>LOTEMPIO, RAYMOND P.<br>HULL, JULENE M.<br>DBA/ PRESSSED TO GO,<br>FBDA/ LOTEMPIO & HULL, INC.<br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-70632 MB<br><br>HONORABLE MANUEL BARBOSA |
| Social Security/Employer Tax ID<br>Number: xxx-xx-8356 | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 220
          Rockford, IL  61101

    on:   NOVEMBER 22, 2006
    at:   9:30 a.m.

2.  The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The following applications for compensation have been filed:

| APPLICANT | COMPENSATION<br>PREVIOUSLY PAID | FEES NOW<br>REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $   0.00 | | 63.40 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $   0.00 | 1,633.25 | |
| BERNARD J. NATALE<br>Trustee | $   0.00 | 1,250.59 | |

4.  The Trustee's Final Report shows total:

    a. Receipts                              $      5,005.90

    b. Disbursements                         $          0.00

    c. Net Cash Available for Distribution   $      5,005.90

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,058.66, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $52,874.38, resulting in an approximate distribution of 3.89% to unsecured creditors, plus interest.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

    See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: October 23, 2006                     For the Court,

                                           By /s/ BERNARD J NATALE

                                           Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: lorsmith             Page 1 of 2           Date Rcvd: Oct 27, 2006
Case: 06-70632                Form ID: pdf002            Total Served: 56

The following entities were served by first class mail on Oct 29, 2006.
db         +Raymond P. Lotempio,    503 Dawson,    Rockford, IL 61107-4524
jdb        +Julene M. Hull,    503 Dawson,    Rockford, IL 61107-4524
aty        +Theresa L Campbell,    Theresa L Campbell Law Offices,     728 N. Main,    Rockford, Il 61103-7200
tr         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
cr         +Amcore Bank,    1210 S. Alpine Road,    Rockford,, IL 61108-3946
cr        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    PO BOX 5229,    CINCINNATI, OH 45201-5229)
10693907  ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court: Honda Financial Services,    P. O. Box 1844,
             Alpharetta, GA 30023-1844)
10693895    AT&T Universal Card,    P. O. Box 44167,    Jacksonville, FL 32231-4167
10825415    Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
10693893    Advanta Bank Corp.,    P. O. Box 30715,    Salt Lake City, UT 84130-0715
10693894   +Amcore Bank,    501 7th St.,    Rockford, IL 61104-1299
10693896   +Bergners/Saks, Inc.,    Customer Support,    P. O. Box 10327,    Jackson, MS 39289-0327
10693897   +Cassiday, Schade & Gloor, LLP,    20 N. Wacker Dr., Ste. 1040,    Chicago, IL 60606-2901
10693898   +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
10693899   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10898354    Citibank/CHOICE,    Exception Payment Processing,    POB 6305,    The Lakes, NV 88901-6305
10693900   +City of Rockford,    425 E. State,    Rockford, IL 61104-1068
10693901   +Commonwealth Edison,    Credit Services,    2100 Swift Dr.,    Oak Brook, IL 60523-1559
10693902   +Credit First N A,    6275 Eastland Rd,    Brook Park, OH 44142-1399
10794473   +Credit First NA,    P O Box 818011,    Cleveland, OH 44181-8011
10693904    Firestone,    c/o CFNA,    P. O. Box 81315,    Cleveland, OH 44181-0315
10797385   +First National Bank of Omaha,    Stop Code 3105,    1620 Dodge St,    Omaha, NE 68102-1593
10693905   +First National Bank of Omaha,    P. O. Box 3412,    Omaha, NE 68103-0412
10693908   +Hsbc/Brgnr,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
10693909   +IHC Swedish American Emergency Phys,    1251 W. Glen Oaks Lane,    Mequon, WI 53092-3356
10693911  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114-0326)
10693910   +Illinois Department of Revenue,    Bankruptcy Unit,    100 W. Randolph,    Chicago, IL 60601-3218
10806457   +Kohl’s Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, TX 75374-0933
10693912   +Kohls,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
10693913   +Kraig Kircher,    2611 Broadway,    Rockford, IL 61108-5754
10693914   +Leather-Rich, Inc.,    P. O. Box 23,    Oconomowoc, WI 53066-0023
10902256   +MBNA America BANK N.A.,    Mailstop DE5-014-02-03,    PO BOX 15168,    WILMINGTON, DE 19850-5168
10693915   +Mbna America,    Pob 17054,    Wilmington, DE 19884-0001
10693916   +McLeod USA,    Attention: Financial,    6300 C SW,    Cedar Rapids, IA 52404-7470
10693917    NCO Financial Systems,    P. O. Box 4909,    Dept. 22,    Trenton, NJ 08650-4909
10693918    Nicor,    P. O. Box 549,    Aurora, IL 60507-0549
10693919   +Northland Group, Inc.,    P. O. Box390846,    Edina, MN 55439-0846
10693920   +Overhead Door Co. of Rockford,    1825 Broadway,    Rockford, IL 61104-5409
10693921   +PHH - USAA,    Mortgage Service Center,    P. O. Box 5452,    Mount Laurel, NJ 08054-5452
10693922   +Results Media,    518 Merrill Ave.,    Loves Park, IL 61111-5137
10693923   +Rock River Water Reclamation Distr,    3333 Kishwaukee,    Rockford, IL 61109-2021
10693924   +Rockford Register Star,    P. O. Box 79,    Rockford, IL 61105-0079
10693925    SBC Yellow Pages,    c/o R.H.Donnelley,    8519 Innovation Way,    Chicago, IL 60682-0085
10693926    Swedish American Hospital,    P. O. Box 4448,    Rockford, IL 61110-0948
10693927   +The Bliss Group,    8490 E. Crescent Pkwy., Ste. 380,    Greenwood Village, CO 80111-2815
10795010  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 5229,    Cincinnati, Ohio 45201-5229)
10693929  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Retail Support EP - MN P915,    P. O. Box 64799,
             Saint Paul, MN 55164-0799)
10693931    US Cellular,    P. O. Box 7838,    Madison, WI 53707-7838
10693932    USAA Credit Card Services,    P. O. Box 65020,    San Antonio, TX 78265-5020
10831148   +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,
             Seattle, WA 98121-2339
10693928   +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10693930   +Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201-5227
10693933    Van Ru Credit Corporation,    8550 Ulmerton Rd., Ste. 225,    Largo, FL 33771-5351
10693934   +Yellow Book USA,    2560 Renaissance Blvd.,    King Of Prussia, PA 19406-2673

The following entities were served by electronic transmission on Oct 27, 2006.
10788156   +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 27 2006 23:56:08
             Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard OH 43026-8003
10693903   +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 27 2006 23:56:08     Discover Fin Svs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              American Honda Finance Corp
10693906        Herb Fitzgerald Co.,    13150 W. Glendale Ave.,    P. O. Box 465
```

Here:
```
Case 06-70632    Doc 42    Filed 10/27/06    Entered 10/29/06 22:28:37    Desc Imaged
                  Certificate of Service    Page 4 of 4
```

```
District/off: 0752-3          User: lorsmith          Page 2 of 2                  Date Rcvd: Oct 27, 2006
Case: 06-70632                Form ID: pdf002         Total Served: 56

aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
cr*           Advanta Bank Corp,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA   19355-0701
                                                                                        TOTALS: 2, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2006**                    **Signature:**    _Joseph Speetjens_