**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

December 01, 2006 through December 29, 2006
Account Number: **000312081631666**

**CUSTOMER SERVICE INFORMATION**

Service Center:          1-800-634-5273



00021393 DBI 802 24 00207 - NNN  1 000000000 66 0000
06-70632 LOTEEMPIO RAYMOND P
HULL JULENE M DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $1,027.06 |
| Checks Paid | 4 | - 1,027.06 |
| Ending Balance | 4 | $0.00 |

OK db
1-15-07

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 108 | 12/05 | $55.40 |
| 111 * | 12/01 | 282.28 |
| 112 | 12/01 | 205.03 |
| 113 | 12/07 | 484.35 |
| **Total Checks Paid** |  | **$1,027.06** |

* Checks may not appear on your bank statement because they have not yet cleared, appeared on a previous statement, or cleared as an electronic withdrawal and will be listed under the "electronic withdrawals" section of your statement. Some Online Bill Payment transactions are assigned six-digit check numbers and appear under "checks paid" causing non-sequential check numbers.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/01 | $539.75 |
| 12/05 | 484.35 |
| 12/07 | 0.00 |

1-11-07